FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 8 – 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09CV01606 *BnB*

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

JONATHAN LEE RICHES, a/k/a JONATHATHAN LEE RICHES, d/b/a BERNARD MADOFF, Investment Securities LLC,

    Plaintiff, named as Defendant,

v.

THE GHOSTBUSTERS,
DAN AYKROYD,
BILL MURRAY,
HAROLD RAMIS, and
ERNIE HUDSON,

    Defendants, named as Plaintiffs.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Jonathan Lee Riches, named as a Defendant, appears to have submitted a "Preliminary Injunction, Temporary Restraining Order, TPO [sic]" allegedly filed by Jonathathan Lee Riches. Mr. Riches' name has been added as an alias for Jonathathan Lee Riches. He has failed either to pay the $350.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff

will be directed to cure the following if he wishes to pursue his claims. Any papers that the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
- (1)  X   is not submitted
- (2)  __  is missing affidavit
- (3)  X   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
- (4)  __  is missing certificate showing current balance in prison account
- (5)  __  is missing required financial information
- (6)  __  is missing an original signature by the prisoner
- (7)  __  is not on proper form (must use the court's current form)
- (8)  __  names in caption do not match names in caption of complaint, petition or habeas application
- (9)  __  An original and a copy have not been received by the court. Only an original has been received.
- (10) X   other: Motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application:**
- (11) __  is not submitted
- (12) X   is not on proper form (must use the court's current form)
- (13) __  is missing an original signature by the prisoner
- (14) __  is missing page nos. ___
- (15) __  uses et al. instead of listing all parties in caption
- (16) __  An original and a copy have not been received by the court. Only an original has been received.
- (17) __  Sufficient copies to serve each defendant/respondent have not been received by the court.
- (18) __  names in caption do not match names in text
- (19) __  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers that the Plaintiff files in response to this order must include the civil action number on this order. It is

2

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 6th day of July, 2009.

BY THE COURT:

*[signature]*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   **09CV01606**

Jonathan Lee Riches
a/k/a Bernard Madoff
Reg No. 40948-018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint forms** to the above-named individuals on  7/8/09

                                      GREGORY C. LANGHAM, CLERK

                                      By: _____
                                                    Deputy Clerk